NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Ruth Rizkalla #224973
THE CARLSON LAW FIRM
1500 Rosecrans Ave., Suite 500 Manhattan Beach, CA 90266
Tel: (800) 359-5690
Email: RRizkalla@carlsonattorneys.com

ATTORNEY(S) FOR: PLAINTIFF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LINDA MORRIS

Plaintiff(s),

v.

ICU MEDICAL, INC., & SMITHS MEDICAL ASD, INC.

Defendant(s)

CASE NUMBER:

8:25-cv-1333

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for        Linda Morris
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Linda Morris | Plaintiff |
| 2. Ruth Rizkalla, The Carlson Law Firm | Attorneys for Plaintiff |
| 3. Aaron Dickey, Dickey Anderson Law Firm | Attorneys for Plaintiff |
| 4. Smiths Medical ASD, Inc. | A corporate entity defendant |
| 5. ICU Medical, Inc. | A corporate entity defendant and the parent of Smiths Medical ASD, Inc. |

June 20, 2025
Date

/s/ Ruth Rizkalla
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Linda Morris

CV-30 (05/13)                **NOTICE OF INTERESTED PARTIES**